**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GATOR JAMES MITCHELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-1173** |
| **ROBERT MULLERS FBI DIRECTOR, ET AL.** | **SECTION "H"(4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint and related pauper application filed by the plaintiff, Gator James Mitchell, are **TRANSFERRED** to the United States District Court for the Southern District of Texas for further proceedings.

New Orleans, Louisiana, this 10th day of April, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**